In the Matter of the Claim of MARIA FISCARELLI, Respondent, against JEROME PAGANO SONS, INC., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Employee died as result of being crushed by a large stone. Claim contested on the ground that deceased was not required to enter sawing shed, where he was injured. The evidence sustains finding that he was required to enter the shed

at times, and that he was working at the plant of the employer at the time of his injury. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.